ALEX PARSINIA 951.545.3389
45 La Cerra Dr
Rancho Mirage, CA 92270
*Defendant, In Pro Se*

310 - 962 - 0085
aparsinia @
hotmail. Com

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

2017 FEB 16 PM 1:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF
RIVERSIDE
BY

FILED

---

|  |  |
|---|---|
| **S.B.R.S., INC.**<br><br>PLAINTIFF,<br><br>vs.<br><br>ALEX PARSINIA; and Does 1 to 10,<br><br>DEFENDENTS | Case No. **ED CV17-00290** KK<br><br>**NOTICE OF REMOVAL**<br><br>**DEFENDANT, ALEX PARSINIA'S COMPLAINT FOR: VIOLATIONS OF 12 U.S.C. § 2601, ET. SEQ. [REAL ESTATE SETTLEMENT PROCEDURES ACT] CALIF. CCP 430.90**<br><br>**from the Riverside County Superior Court, Case # PSC1605725** |

IFP
NS

-1-

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR: VIOLATIONS OF 12 U.S.C. § 2601-2610 [RESPA]**

**COMES NOW,** DEFENDANT, ALEX PARSINIA("DEFENDANT") brings this lawsuit against S.B.R.S., INC, ( "PLAINTIFF") for violations of the federal statute: Real Estate Settlement Procedures Act. (RESPA).

## PARTIES

1. DEFENDANT is a resident of the State of California and resides at 45 La Cerra Dr Rancho Mirage, CA 92270. Importantly, DEFENDANT alleges that the PLAINTIFFs intentionally violated the federal statute that is implemented by the United States Congress for DEFENDANT's protection.

2. S.B.R.S., INC, is doing business in the State of California and have pursued an action to harm DEFENDANT. DEFENDANT alleges that this PLAINTIFF were lenders, or creditors, or dealers, real estate transactors  and are, thus,  subject to the provisions of the RESPA.

## VENUE AND JURISDICTION

3. This court further has jurisdiction under 28 U.S.C. § 1331 pursuant to 12 U.S.C. § 2605.13. This Court has personal jurisdiction over the parties in this action by the fact that PLAINTIFF is a corporation that is licensed to do business in the state of California or otherwise conducts business in the state of California.

4. Venue is proper in this Court as the unlawful practices and conduct are alleged to have been committed in RIVERSIDE County, California. DEFENDANTs' home, which is the subject of this litigation, is in the RIVERSIDE County, California, all Defendants reside in this district within the meaning of 28 U.S.C. § 1391©, and Defendants regularly conduct business in this district.

## DEFENDANT'S CAUSE OF ACTION FOR VIOLATIONS OF RESPA AGAINST PLAINTIFFS

5. DEFENDANT realleges and incorporates by reference the afore-mentioned allegations contained herein Paragraphs 1-4.

-2-

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR:
VIOLATIONS OF 12 U.S.C. § 2601-2610 [RESPA]**

6.   DEFENDANT alleges that the State of California did not anticipate a wrongful and illegal foreclosure as the cause of a trustee sale when it imbued the trustee sale with perfecting power. Thus the Perfecting nature of a trustee sale should not and does not absolve the Plaintiff's of their responsibilities as responsible buyers from exercising due diligence in the purchase of the wrongfully foreclosed property. The plaintiff's disregard of the old admonition of "Buyer Beware" does not absolve them of all responsibility in regards to the purchase of a property that was wrongfully foreclosed.

7.   The State has shown no interest in addressing the issue of a tainted trustee sale. Indeed the State knows of the problem and refuses to address it in a forthright manner. Thus this court is not only the best venue for seeking justice related to a tainted trustee sale and an unjust eviction that proceeds from it it is the venue of last resort from a State court system that is indifferent.6.

8.   RESPA is applicable for the following statutory requirements were never met:
**(a) Disclosure to applicant relating to assignment, sale, or transfer of loan servicing**
Each person who makes a federally related mortgage loan shall disclose to each person who applies for the loan, at the time of application for the loan, whether the servicing of the loan may be assigned, sold, or transferred to any other person at any time while the loan is outstanding.
**(b) Notice by transferor of loan servicing at time of transfer**
**(1) Notice requirement**
Each servicer of any federally related mortgage loan shall notify the borrower in writing of any assignment, sale, or transfer of the servicing of the loan to any other person.
**(3) Contents of notice**
The notice required under paragraph (1) shall include the following information:
**(A)** The effective date of transfer of the servicing described in such paragraph.
**(B)** The name, address, and toll-free or collect call telephone number of the transferee servicer.
**(C)** A toll-free or collect call telephone number for
**(i)** an individual employed by the transferor servicer, or
**(ii)** the department of the transferor servicer, that can be contacted by the borrower to answer inquiries relating to the transfer of servicing.
**(D)** The name and toll-free or collect call telephone number for
**(i)** an individual employed by the transferee servicer, or
**(ii)** the department of the transferee servicer, that can be contacted by the borrower to answer inquiries relating to the transfer of servicing.
**(E)** The date on which the transferor servicer who is servicing the mortgage loan before the assignment, sale, or transfer will cease to accept payments relating to the loan and the date on which the transferee servicer will begin to accept such payments.

-3-

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR: VIOLATIONS OF 12 U.S.C. § 2601-2610 [RESPA]**

**(F)** Any information concerning the effect the transfer may have, if any, on the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance and what action, if any, the borrower must take to maintain coverage.

**(G)** A statement that the assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the security instruments other than terms directly related to the servicing of such loan.

**(c) Notice by transferee of loan servicing at time of transfer**

**(1) Notice requirement**

Each transferee servicer to whom the servicing of any federally related mortgage loan is assigned, sold, or transferred shall notify the borrower of any such assignment, sale, or transfer.

**B) Qualified written request**

For purposes of this subsection, a qualified written request shall be a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, that—

**(i)** includes, or otherwise enables the servicer to identify, the name and account of the borrower; and

**(ii)** includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to the servicer regarding other information sought by the borrower.

**(2) Action with respect to inquiry**

Not later than 30 days (excluding legal public holidays, Saturdays, and Sundays) after the receipt from any borrower of any qualified written request under paragraph (1) and, if applicable, before taking any action with respect to the inquiry of the borrower, the servicer shall—

**(A)** make appropriate corrections in the account of the borrower, including the crediting of any late charges or penalties, and transmit to the borrower a written notification of such correction (which shall include the name and telephone number of a representative of the servicer who can provide assistance to the borrower);

**(B)** after conducting an investigation, provide the borrower with a written explanation or clarification that includes—

**(i)** to the extent applicable, a statement of the reasons for which the servicer believes the account of the borrower is correct as determined by the servicer; and

**(ii)** the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower; or

**(C)** after conducting an investigation, provide the borrower with a written explanation or clarification that includes—

**(i)** information requested by the borrower or an explanation of why the information requested is unavailable or cannot be obtained by the servicer; and

**(ii)** the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower.

9. DEFENDANT alleges that he never received a notice, no correspondence and no response to DEFENDANT's "status" as a) resident, b) homeowner or c) occupier in the property. As a

-4-

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR: VIOLATIONS OF 12 U.S.C. § 2601-2610 [RESPA]**

1  lender and dealer in real property and lending or participating in lending functions, the Plaintiff's

2  pursuant to RESPA had a duty to disclose their relationship to DEFENDANT and failed to

3  effectuate that obligation.  RESPA exacts disclosures from a lender/dealer; however,

4  DEFENDANT, further alleges that the Plaintiff's did not comply. DEFENDANT has,

5  accordingly, suffered harm, i.e., loss of her home and damage to her credit and will be lumpened.

6  **PRAYER FOR RELIEF**

7      **WHEREFORE,** DEFENDANT's pray for JUDGMENT against each and every

8  member, agent, employee, manager, or director of the listed Plaintiffs as well as the following:

9  **FIRST CAUSE OF ACTION**:

10     1. For pre and post judgment relief;

11     2. For special damages according to proof;

12     3. For compensatory damages against all Plaintiff's's for compensating DEFENDANT;

13     4. For costs of suit incurred;

14     5. For general damages according to proof;

15  The amount in controversy exceeds the sum of $75,000. District court has jurisdiction of the

16  action pursuant to 28 U.S.C. 1332(a)

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

-5-

28

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR:
VIOLATIONS OF 12 U.S.C. § 2601-2610  [RESPA]**

1

2

3                                    **<u>VERIFICATION</u>**

4        I, the undersigned, say:

5        I am the DEFENDANT in this matter. The contents of the Complaint are true of my

6  personal knowledge, except as to matters which are stated on my information and belief and, as

7  to these matters, I believe them to be true.

8        I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct. Executed on *February 16,* 2017, California.

10

11

12

13        _____

14        DEFENDANT, ALEX PARSINIA,
          *In Pro Se*

15

16

17

18

19

20

21

22

23

24

25

26

27                              **-6-**

28

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR:
VIOLATIONS OF 12 U.S.C. § 2601-2610  [RESPA]**

**PROOF OF SERVICE**

1

2

3  I am over the age of 18 and not a party to this action.

4

5      I am a resident of or employed in the county where the
mailing occurred; my business/residence address is: 65 Pine Ave Suite 171
Long Beach, CA 90802

6

7      On_____ I served the foregoing document(s)
described as: **NOTICE OF REMOVAL** to the following parties:

8

9  Eric R. Hedstrom, Esq.
28220 Avenida La Vista, Suite A
Cathedral City, CA. 92234

10

11

12              [ X ] (By U.S. Mail) I deposited such envelope in
              the mail at LOS ANGELES, California with postage
13              thereon fully prepaid. I am aware that on motion of
              the party served, service is presumed in valid in
14              postal cancellation date or postage meter date is
              more than one day after date of deposit for mailing
15              in affidavit.

16

17              [ ] (By Personal Service) I caused such envelope
              to be delivered by hand via messenger service to
              the address above;

18

19              [ ] (By Facsimile) I served a true and correct
              copy by facsimile during regular business hours to
20              the number(s) listed above. Said transmission was
              reported complete and without error.

21

22      I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

23

24  Dated: 2-16-17

25                                  Jesus Garcia

26

27                              -7-

28

**DEFENDANT, ALEX PARSINIA'S NOTICE OF REMOVAL. COMPLAINT FOR:**
**VIOLATIONS OF 12 U.S.C. § 2601-2610 [RESPA]**

**SUMMONS** — SUM-130
*(CITACION JUDICIAL)*
**UNLAWFUL DETAINER-EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ALEX PARSINIA;
AND DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
S.B.R.S., INC.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

NOV 09 2016

V. LOPEZ

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER: *(Número del caso)* PSC 1605725 |
|---|---|

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF THE STATE OF CALIFORNIA,
   LIMITED CIVIL
   3255 E. TAHQUITZ CANYON WAY,          PALM SPRINGS, CA 92262

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   ERIC R. HEDSTROM (SBN181169)
   28220 AVENIDA LA VISTA, SUITE A
   CATHEDRAL CITY, CA 92234   (760) 416-5157

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: NOV 09 2016           Clerk, by _____ V. LOPEZ _____, Deputy
*(Fecha)*                   *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☒ as an occupant
   d. ☐ on behalf of *(specify):* ALL OTHER OCCUPANTS IN POSSESSION
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☒ CCP 415.46 (occupant)            ☐ other *(specify):*
5. ☒ by personal delivery on *(date):* 11-17-16

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

Martin Dean's
ESSENTIAL FORMS™

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

8

| PLAINTIFF *(Name):*  S.B.R.S., INC. | CASE NUMBER:  PSC  **1 6 0 5 7 2 5** |
|---|---|
| DEFENDANT *(Name):*  ALEX PARSINIA; ET AL. | |

6. Unlawful detainer **assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a.   Assistant's name:
   b.   Telephone no.:
   c.   Street address, city, and ZIP:



   d.   County of registration:
   e.   Registration no.:
   f.   Registration expires on *(date):*

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

*Martin Dean's*
**ESSENTIAL FORMS™**

UD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Eric R. Hedstrom (SBN181169)
28220 Avenida La Vista, Suite A
Cathedral City, CA  92234

TELEPHONE NO.: (760) 416-5157    FAX NO.*(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff(s)

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

NOV 09 2016

V. LOPEZ

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 3255 E. TAHQUITZ CANYON WAY
MAILING ADDRESS: SAME
CITY AND ZIP CODE: PALM SPRINGS, CA  92262
BRANCH NAME:

PLAINTIFF: S.B.R.S., INC.

DEFENDANT: ALEX PARSINIA;
        AND
[X] DOES 1 TO 10

| | |
|---|---|
| [X] COMPLAINT  [ ] AMENDED COMPLAINT *(Amendment Number)*: _____ | CASE NUMBER: PSC  **1605725** |

**COMPLAINT - UNLAWFUL DETAINER***

Jurisdiction *(check all that apply)*:
[X] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [X] exceeds $10,000 but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply)*:
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)   [ ] from unlimited to limited

1. PLAINTIFF *(name each)*: S.B.R.S., INC.

   alleges causes of action against DEFENDANT *(name each)*:
   ALEX PARSINIA;
   AND DOES 1-10

2. a. Plaintiff is  (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                    (2) [ ] a public agency.                          (5) [X] a corporation.
                    (3) [ ] other *(specify)*:

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
   45 LA CERRA DR., RANCHO MIRAGE, CA 92270
   COUNTY OF RIVERSIDE

4. Plaintiff's interest in the premises is    [X] as owner   [ ] other *(specify)*:
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: 03/2013    defendant *(name each)*:
      ALEX PARSINIA

      (1) agreed to rent the premises as a [X] month-to-month tenancy [ ] other tenancy *(specify)*:
      (2) agreed to pay rent of $  1,500.00 payable [X] monthly [ ] other *(specify frequency)*:
      (3) agreed to pay rent on the [X] first of the month [ ] other day *(specify)*:
   b. This [ ] written [X] oral  agreement was made with
      (1) [ ] plaintiff.                          (3) [ ] plaintiff's predecessor in interest.
      (2) [ ] plaintiff's agent.                  (4) [X] other *(specify)*:  REZA SAFAIE, PRESIDENT OF
                                                                              S.B.R.S., INC.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT - UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 116
www.courtinfo.ca.g

Martin Dean's
ESSENTIAL FORMS™

| PLAINTIFF (Name): S.B.R.S., INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name) ALEX PARSINIA; AND DOES 1-10 | PSC   1605725 |

6. c. ☐ The defendants not named in item 6a are
  (1) ☐ subtenants.
  (2) ☐ assignees.
  (3) ☐ other (specify):
  d. ☐ The agreement was later changed as follows (specify):

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
  f. ☐ (For residential property) A copy of the written agreement is not attached because (specify reason):
  (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
  (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant (name each): ALEX PARSINIA

  was served the following notice on the same date and in the same manner:
  (1) ☒ 3-day notice to pay rent or quit          (4) ☐ 3-day notice to perform covenants or quit
  (2) ☐ 30-day notice to quit                      (5) ☐ 3-day notice to quit
  (3) ☐ 60-day notice to quit                      (6) ☐ Other (specify):
  b. (1) On (date): OCTOBER 24, 2016              the period stated in the notice expired at the end of the day.
  (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. ☒ The notice included an election of forfeiture.
  e. ☒ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
  (1) ☒ by personally handing a copy to defendant on (date): OCTOBER 21, 2016
  (2) ☐ by leaving a copy with (name or description):
    a person of suitable age and discretion, on (date):                          at defendant's
    ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
    (date):                          because defendant cannot be found at defendant's residence or usual place of business.
  (3) ☐ by posting a copy on the premises on (date):                ☐ AND giving a copy to a
    person found residing at the premises AND mailing a copy to defendant at the premises on
    (date):
    (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
    (b) ☐ because no person of suitable age or discretion can be found there.
  (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
  (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
  b. ☐ (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. ☒ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.



**COMPLAINT - UNLAWFUL DETAINER**

| | |
|---|---|
| PLAINTIFF (Name): S.B.R.S., INC. | CASE NUMBER: |
| DEFENDANT (Name) : ALEX PARSINIA;<br>AND DOES 1-10 | PSC  **1605725** |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $   18,000.00

11. ☒ The fair rental value of the premises is $   50.00 per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☐ A written agreement between the parties provides for attorney fees.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)* :

   Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☒ past-due rent of $   18,000.00
   d. ☐ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.
   f. ☒ damages at the rate stated in item 11 from *(date)* : 11/01/2016 for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☒ other *(specify)*: FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS PROPER

18. ☒ Number of pages attached *(specify)* :   3

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on *(date)* :

Date: 11/0?/2016

ERIC R. HEDSTROM
(TYPE OR PRINT NAME)   ▶   _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEE ATTACHED VERIFICATION

SEE ATTACHED VERIFICATION
(TYPE OR PRINT NAME)   ▶   SEE ATTACHED VERIFICATION
(SIGNATURE OF PLAINTIFF)

Martin Dean's
ESSENTIAL FORMS™

*12*

**VERIFICATION**

STATE OF CALIFORNIA      )
                                )    SS.
COUNTY OF RIVERSIDE     )

I, the undersigned, certify and declare that I have read the foregoing complaint being verified, for Unlawful Detainer, and know its contents. I am an officer of S.B.R.S., Inc., and authorized to make this verification for and on its behalf, and I make this verification for that reason. The matters stated in the foregoing document are true of my own knowledge except s to those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on November 2, 2016

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                               S.B.R.S., Inc.

                               By
                               Rezai Safaie, President

VERIFICATION

13

## THREE (3) DAY NOTICE TO PAY RENT OR QUIT

TO: ALEX PARSINIA; ALL OTHER OCCUPANTS; AND ALL
UNKNOWN OCCUPANTS, 45 LA CERRA DR., RANCHO MIRAGE, CA
92270

NOTICE IS HEREBY GIVEN that under the terms of your rental agreement,
by which you hold possession of the premises commonly known as:  45 LA
CERRA DR., RANCHO MIRAGE, CA 92270, County of Riverside, there is
now due and owing unpaid rent for said premises in the sum of: $18,000.00
for November 1, 2015 - October 31, 2016 ($1500.00 PER MONTH)

WITHIN THREE (3) days after service on you of this notice, you are hereby
required to either pay the rent hereinabove demanded in full or deliver up
possession of said premises to the undersigned.  Should you fail to do either of
the foregoing, the Landlord will institute legal proceedings against you to
recover possession of said premises with ALL RENTS DUE AND DAMAGES
(including but not limited to statutory damages).

The undersigned elects at this time to declare a forfeiture of the tenancy
under which you occupy said premises in the event you fail to pay the rent in
full by the date specified herein.

Rent payment shall be paid to S.B.R.S., Inc. c/o Reza Safaie and may be
mailed to: 269 South Beverly Dr. #1194, Beverly Hills, CA 90212
Phone number: (818) 692-4040
Payment may be made personally to: S.B.R.S., Inc. c/o Reza Safaie, at: 269
South Beverly Dr. #1194, Beverly Hills, CA 90212
Phone number: (818) 692-4040
Monday - Friday: 9:00 a.m. to 5:00 p.m.

Dated: October 17, 2016

Reza Safaie, President
S.B.R.S., Inc.

# EXHIBIT "2"

14

| Attorney or Party without Attorney:<br>ERIC R. HEDSTROM, ESQ, Bar #181169<br>28220 AVENIDA LA VISTA<br>SUITE A<br>Cathedral City, CA 92234<br>*Telephone No:* 760-416-5157 | | For Court Use Only |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* | | |
| *Plaintiff:* S.B.R.S, INC.<br>*Defendant:* ALEX PARSINA, ET AL | | |

| **PROOF OF SERVICE<br>3-DAY** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the THREE (3) DAY NOTICE TO PAY RENT OR QUIT

3. a. *Party served:*  ALEX PARSINA; ALL OTHER OCCUPANTS; AND ALL UNKNOWN OCCUPANTS

   b. *Person served:*  party in item 3.a.
   (WHITE, MALE, 60'S, GREY HAIR, 5'6", 185LBS)

   POSTED A COPIES AT RESIDENCE

   MAILED COPIES ON 10-21-16  FROM: INDIO, CA

4. *Address where the party was served:*  45 LA CERRA DRIVE
   Rancho Mirage, CA 92270

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 21, 2016 (2) at: 9:20PM

7. *Person Who Served Papers:*
   a. LYNDSEY WARN
   b. **Legal Document Specialist, Inc.**
      225 S. Civic Drive, Suite 2-16, Registration # RIV 1154
      Palm Springs, CA 92262
   c. 760-866-9182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $35.00
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii)* Registration No.:  1201
      *(iii)* County:  Riverside
      *(iv)* Expiration Date:  Thu, Mar. 08, 2018

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Oct. 24, 2016

   *(LYNDSEY WARN)*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>3-DAY | hedstrom.69890 |
|---|---|---|

/5

# EXHIBIT "3"

CP10.5

NOTICE:    EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU
           LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1.  If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form,
    you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2.  If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3.  If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF RIVERSIDE
MAILING ADDRESS: 3255 E. TAHQUITZ CANYON WAY
CITY AND ZIP CODE: PALM SPRINGS, CA  92262
BRANCH NAME:

PLAINTIFF: S.B.R.S., INC.

DEFENDANT: ALEX PARSINIA;
           AND DOES 1-10

### PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

PSC **1605725**,

*(To be completed by the process server)*

DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:
   45 LA CERRA DR., RANCHO MIRAGE, CA 92270
   COUNTY OF RIVERSIDE

4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover
   possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form
    "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form
    for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled
    to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]          PREJUDGMENT CLAIM OF RIGHT TO POSSESSION          Code of Civil Procedure, §§ 415.46,
                                                                                        715.010, 715.020, 1174.25

 Martin Dean's
ESSENTIAL FORMS™

*16*

| PLAINTIFF (Name): S.B.R.S., INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ALEX PARSINIA; AND DOES 1-10 | PSC  1605725 |

> **NOTICE:** If you fail to file this claim, you will be evicted without further hearing.

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement. I have** *(check all that apply to you)*:
    a. ☐ an oral rental agreement with the landlord.
    b. ☐ a written agreement with the landlord.
    c. ☐ an oral rental agreement with a person other than the landlord.
    d. ☐ a written rental agreement with a person other than the landlord.
    e. ☐ other *(explain)* :

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING:** Perjury is a felony punishable by imprisonment in the state prison.

Date:

....................................................................
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE  if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)*    You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*    If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*